**DISMISSED and Opinion Filed July 22, 2024**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00583-CV

## IN RE MPT OF HIGHLAND VILLAGE FCER, LLC, MPT OF LITTLE ELM FCER, LLC, AND MEDICAL PROPERTIES TRUST, INC., Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-24-03218**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Kennedy

Before the Court are relators' May 14, 2024 petition for writ of mandamus and July 18, 2024 agreed motion to dismiss. In their motion to dismiss, relators explain that they have settled all issues with real party in interest rendering this original proceeding moot. Relators ask that we dismiss this proceeding and lift the temporary stay we issued so that they may obtain from the trial court an order of dismissal with prejudice.

We grant the motion and dismiss this original proceeding. We also lift the stay issued by this Court's June 28, 2024 Order.

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

240583F.P05